In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00178-CR**
_____

**ISREAL TREQKWAUN HUNTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 359th District Court**
**Montgomery County, Texas**
**Trial Cause No. 18-12-16931-CR**

**MEMORANDUM OPINION**

In an open plea, Isreal Treqkwaun Hunter pleaded guilty to aggravated robbery. After conducting a sentencing hearing, the trial court assessed punishment at twenty-five years of confinement.

Hunter's appellate counsel filed an *Anders* brief that presents counsel's professional evaluation of the record and concludes that the appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*; 573 S.W.2d 807 (Tex.

1

Crim. App. 1978). On November 25, 2019, we granted an extension of time for Hunter to file a *pro se* brief. We received no response from Hunter.

We reviewed the appellate record, and we agree with counsel's conclusion that no arguable issues support the appeal. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

AFFIRMED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on February 19, 2020
Opinion Delivered March 11, 2020
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.

---

[1]Hunter may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.